## Theodore Primis, Appellee, v. City of Chicago, Appellant.

### Gen. No. 45,386.

John J. Mortimer, Corporation Counsel of Chicago, for appellant; L. Louis Karton, Head of Appeals and Review Division, and John J. Steffens, Assistant Corporation Counsel, of counsel; Heth, Lister & Flynn, for appellee. Opinion by Justice Feinberg. Not to be published in full. Opinion filed December 19, 1951; rehearing denied December 28, 1951; released for publication January 7, 1952.